Benjamin Heikali SBN 307466
Email: brohr@faruqilaw.com
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email:  bheikali@faruqilaw.com

Lubna Faruqi (admitted *pro hac vice*) (NYS Bar 2183770)
Richard W. Gonnello (admitted *pro hac vice*) (NYS Bar 3067303)
Megan M. Sullivan (admitted *pro hac vice*) (NYS Bar 5053103)
Katherine M. Lenahan (admitted *pro hac vice*) (NYS Bar 5102116)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  lfaruqi@faruqilaw.com
         rgonnello@faruqilaw.com
         msullivan@faruqilaw.com
         klenahan@faruqilaw.com

*Attorneys for Lead Plaintiffs Paul and Sharyn Levine*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RIHN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ACADIA PHARMACEUTICALS INC., ULI HACKSELL and STEPHEN R. DAVIS,<br><br>                    Defendants. | Case No. 3:15-cv-00575-BTM-DHB<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT**<br><br>**CLASS ACTION**<br><br>Date:  October 3, 2017<br>Time:  2:00 p.<br>Dept.:  15B<br>Judge:  Hon. Barry Ted Moskowitz |

*(captions continue on next page)*

| | |
|---|---|
| STEVE A. WRIGHT AND VICKI G. WRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br>  vs.<br><br>ACADIA PHARMACEUTICALS INC., ULI HACKSELL and STEPHEN R. DAVIS,<br><br>Defendants. | Case No. 3:15-cv-00593-BTM-DHB |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on October 3, 2017, at 2:00 p.m., in Courtroom 15B before the Honorable Barry Ted Moskowitz at the United States District Court for the Southern District of California, San Diego Courthouse, 333 West Broadway, San Diego, CA 92101, Lead Plaintiffs Paul and Sharyn Levine hereby move for an order granting (i) final approval of the proposed settlement of this action; (ii) final certification of the proposed class for purposes of settlement; and (iii) final approval of the proposed plan of allocation. The grounds for this motion are that the terms of the proposed settlement and the plan of allocation are fair, reasonable, and adequate and have received a positive reaction from the class.

This motion is based upon the Memorandum of Points and Authorities for Final Approval of the Class Action Settlement, the Declaration of Nadeem Faruqi in support of the Motion for Final Approval of the Class Action Settlement and the Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, with attached exhibits, and the pleadings and records on file in this action, and other such matters and argument as the Court may consider at the hearing of this motion.

Dated: August 29, 2017    By: *s/ Richard W. Gonnello*
                              Richard W. Gonnello

Lubna Faruqi (admitted *pro hac vice*)
Richard W. Gonnello (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   lfaruqi@faruqilaw.com
         rgonnello@faruqilaw.com
         msullivan@faruqilaw.com
         klenahan@faruqilaw.com

Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024

1

Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: bheikali@faruqilaw.com

*Attorneys for Lead Plaintiffs Paul and Sharyn Levine*

2

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**
**3:15-CV-00575-BTM-DHB**